5:23-cv-516-PGB-PRL

Deputy Clerk or chief Judge

"I Am Mental Health"!

In The United States District Court for 11th Circuit Florida

in my Preliminary Injunction I stated that my Health and Safety was at Risk and since then this Orchestrated a Staff infection in my Fecal Area through Monopolized Food Trays handled by Racist White Organization connected to KKK from tatoos and Forien Last Names I'm intrested in Coming to Florida with over $10,600 Dollars witheld by Conspiracy of Wardens and Officers having sex for money to pretend I dont have money they withold by simply restricting my Access to Manage my own Savings Account I placed it on and locked it for Pre Release Prior Trans Seg to this USP-II from USP-I same Complex Warden a (Shannon D. Withers) Harboring Racist Organization Bogarding my Popular cell every wake up I see an ugly Male

Meth Head Police 24/7 equipt with door slot security boxes I cant fight Back! They could Put Rat Poison in the Box until I get Hungry

This is my EveryDay Cenario since 5/18/2023 at Majority Female Staff prison Hole Housed with $10,600 in SHU for Mental illness treated unHumainly unfairly and under WiRe 24/7

They Poisened my food tray with help of food service Attendants E-mail which tray to select for me Last cell on Range which would've dellusionally been good if I where having Sex like Incentive to coorperating inmates Butt Evil white Racist followed me over here with my Food Every Day of the Dang Week Refuse me Recreation, Law Library and Medical I gotta Broke Bone in my hand Right Now But they pull inmates Around me Any time of the Dang Day;

I'm assisting in my life. My father Died and left me $20,000 but effected my finances by $10,000 stealing and reaching w/ my info to money and posting inmates FBOP

someone first available I believe is participating Aiding or Assisting with Negligance to US Citizen Request in Lawless Dungeon with No Sun light No Rec No Library No Books I dont get Nothing but they passing out Drugs and having sex with others as Bribe to have Direct target at using little communication Devices with inmates Arranged around and under me that I cant hear Just like a Premeditated Murder Scheme or how others was murdered Why else would a White Racist be making Food threats at 6 Am that half of which I cant hear then other inmates refuse to respond to my call from very last cell hidden in Back of SHU

They talking to my window 24/7 with poison Technology with others and social media I have not contracted or consented

I Request U.S. Marshall extraction

X Raymond Em ONS 8/9/2023

4

Help! they Holding my Legal $10,600 They Flim Flam Threatening me with further FRAUDS Food threats under Electronic Surviellance use 24/7 in Harrassment Torture Atrocity of Discrimal; Hate Mongers

Death Threats and Food Poisening ReQuest to United States and whom this Concern in 11th Circuit

To Be Extracted By U.S. Marshalls

I can't keep walking to Food threats Disabled by A Steel Door and no Authority Just like USP-Lewisburg 2010 I was forced to Attempt Murder of A Harrassive Officer through A tray slot

Here So Cowardly All SHU cell's are Aquipt with protruding Security Food Slot Boxes over tray slot leaving completely Disabled waiting for Mail same Officer Controls

I Request U.S. Marshall pull me from Threats and Food Poisening NON-Functioning Facility Before I Harm

incident# 104

They Just told on A knife in my cell made of plastic A 10 year Hit on any custody classification points

Raymond Evans
Mr. Raymond C. Evans
#35025-007
DOB: 4-10-1976

Request for A Right to Functing Facility No Discrimination Assaults Food Poisening; Medical Refusal

IN The US Dist Court for Florida

Clerk of 11th Cir 8/9/23

US Dist. Court

Subject: Death Ears Whats' up?

(1.) If you even Recieved my Request for 'Preliminary Injunction' I further recieved No reciept or responce. Where they do that at with as serious 'Conflict of Intrest' Claims I Asked for like my being Obstructed Remedy of Denied Access to SHU Law Library and basic 5 hours a week outside Recreation SHU Officers only concerned with Conspired Food Threat of Entire Prison Faculty.

(2.) Please send 1 copy handwritten Injunction

(3.) One Complaint form

(Mr. Raymond Evans
#35025007
PO Box 1034
Coleman, FL
33521
ON: 8/9/2023)

Please Explain or Respond.

"I'm too old for Daily Drama To Conflict Free Functioning Facility my no sence" "I just came to Florida" No Incentives No Benefits even holding my Funds

I cost to much money for SHU No Incentives No Dope Head Drug Free Take No Bribes From Criminals

Why Doj Lotta Enforce your Law?, They Been Holding Legal Mail stealing in coming MAIL Federal Poast Master General

US CODE
US CODE
LAWLESS People

They Hate Monger
Hate Mongers
Dont even know
these weirdos
taking pictures
with my FOOD